

**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  09-21337-CIV-MORENO**

JOE BROWN,

      Plaintiff,

vs.

OFFICER JOSEPH HANNOLD,

      Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 5)** on **June 8, 2009**.  The Court has reviewed the entire file and record.  The Court has made a *de novo* review of the issues, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 5)** on **June 8, 2009** is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

**ADJUDGED** that this case is dismissed for the reasons stated in the Report and Recommendation and all pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of June, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel and Parties of Record